# United States Bankruptcy Court
## District of Colorado

In re  **Colorado Mushroom Farm, LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Colorado Mushroom Farm, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**December 20, 2022**　　　　　　　　　　　　　　**/s/ Robert J. Shilliday III**
Date　　　　　　　　　　　　　　　　　　　　　　**Robert J. Shilliday III 35595**
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for  **Colorado Mushroom Farm, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　**Shilliday Law, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　**730 17th Street, Suite 340**
　　　　　　　　　　　　　　　　　　　　　　　　**Denver, CO 80202**
　　　　　　　　　　　　　　　　　　　　　　　　**720-439-2500**
　　　　　　　　　　　　　　　　　　　　　　　　**rjs@shillidaylaw.com**