## CORPORATE RESOLUTION

Jaspreet Nanda does hereby certify the following:

I am the duly appointed personal representative of the Estate of Mini Nanda, who is the majority member (90%) of Colorado Mushroom Farm, LLC, a Colorado limited liability company (hereinafter, the "Company").

At a meeting duly held according to law on December 16, 2022 at which a quorum of the members was present in person, or telephonically, the following resolution of the members was made, seconded, and duly adopted:

RESOLVED, that the Company is authorized to and shall retain Robert J. Shilliday III and Shilliday Law, P.C. to act as the Company's counsel in connection with, and for the purpose of, initiating such proceedings under the United States Bankruptcy Code as are appropriate-- specifically including, but not limited to, the immediate filing of a Chapter 11 proceeding. Baljit Nanda, manager, is hereby authorized to execute the Chapter 11 petition, schedules, and other bankruptcy-related documents on behalf of the Company and appear at any bankruptcy hearing or proceeding on behalf of the Company.

I further certify that the above resolution has not been altered, amended, or repealed.

IN WITNESS WHEREOF, the undersigned caused this certificate to be executed this 16th day of December 2022.

_____
Jaspreet Nanda, Personal Representative
Estate of Mini Nanda, 90% member of
Colorado Mushroom Farm, LLC

Subscribed and sworn to before me by Jaspreet Nanda this 16th day of December 2022 in Lone tree, Colorado.

Witness my hand and official seal.

My commission expires: 06-22-2024.

_____
Notary Public

KARI WETZIG-SYE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 2020402____
MY COMMISSION EXPIRES 06/__

## CORPORATE RESOLUTION

Baljit Nanda does hereby certify the following:

I am the duly appointed manager of Colorado Mushroom Farm, LLC, a Colorado limited liability company (hereinafter, the "Company"). The members of the Company have delegated all decisions relating to management and operation of the Company.

At a meeting duly held according to law on December 16, 2022 at which a quorum of the members was present in person, or telephonically, the following resolution of the members was made, seconded, and duly adopted:

RESOLVED, that the Company is authorized to and shall retain Robert J. Shilliday III and Shilliday Law, P.C. to act as the Company's counsel in connection with, and for the purpose of, initiating such proceedings under the United States Bankruptcy Code as are appropriate-- specifically including, but not limited to, the immediate filing of a Chapter 11 proceeding. Baljit Nanda, manager, is hereby authorized to execute the Chapter 11 petition, schedules, and other bankruptcy-related documents on behalf of the Company and appear at any bankruptcy hearing or proceeding on behalf of the Company.

I further certify that the above resolution has not been altered, amended, or repealed.

IN WITNESS WHEREOF, the undersigned caused this certificate to be executed this 16th day of December 2022.

Baljit Nanda, manager
Colorado Mushroom Farm, LLC

Subscribed and sworn to before me by Baljit Nanda this 19th day of December 2022 in Lone tree, Colorado.

Witness my hand and official seal.

My commission expires: 06-22-2024.

Notary Public

KARI WETZIG-SYE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204021499
MY COMMISSION EXPIRES 06/22/2024