UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COLORADO MUSHROOM FARM, LLC, | ) ) ) | **Case No. 22-14958-MER** |
| | ) | Chapter 11 |
| Debtor. | ) ) ) | |

## NOTICE OF APPEARANCE OF COUNSEL, AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Michael R. Johnson of the law firm of Ray Quinney & Nebeker PC hereby enters his appearance as counsel of record for Rabo AgriFinance LLC, a creditor and party-in-interest in the above-entitled Chapter 11 case, requests that his name, email address and other relevant information be included on the master mailing list in this case, and further requests that notice of all hearings or actions in this case be sent to the following:

> Michael R. Johnson, Esq.
> **RAY QUINNEY & NEBEKER P.C.**
> 36 South State Street, Suite 1400
> Salt Lake City, UT  84111
> Telephone:  (801) 532-1500
> Facsimile:  (801) 532-7543
> Email:  mjohnson@rqn.com

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* and any subsequently filed pleading, claim, proof of claim, or suit is not intended nor shall be deemed to waive, where applicable, any right to (i) have final orders in any core or noncore matters entered only after *de novo* review by a district court judge to the extent required by the United States Supreme Court's rulings of Stern v. Marshall, 131 S. Ct. 2594 (2011) and subsequent case law or

as otherwise required by the U.S. Constitution; (ii) a trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; or (iii) have the reference withdraw by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any waiver of any other right, claim, action, defense, setoff, or recoupment, all of which are hereby expressly reserved.

DATED: December 20, 2022.

>Respectfully submitted,
>
>RAY QUINNEY & NEBEKER P.C.
>
>By: /s/ Michael R. Johnson
>*Attorneys for Rabo AgriFinance LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of December, 2022, the foregoing NOTICE OF APPEARANCE OF COUNSEL, AND REQUEST FOR NOTICE was electronically filed and therefore served via the Court's ECF System on the following electronic filing users in this case:

- **Benjamin Sales**   benjamin.a.sales@usdoj.gov
- **Robert J. Shilliday**   rjs@shillidaylaw.com
- **US Trustee**   USTPRegion19.DV.ECF@usdoj.gov

                                                                        /s/ Annette Sanchez

1569465