**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Colorado Mushroom Farm, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Absmeier Landscaping & Construction, LLC PO Box 1134 Alamosa, CO 81101** | | | | | | $343,124.39 |
| **Alamosa County Treasurer PO Box 659 Alamosa, CO 81101** | | | | | | $242,606.34 |
| **Amycel PO Box 1360 San Juan Bautista, CA 95045** | | | | | | $49,242.50 |
| **Ascentium Capital 23970 US-59 Kingwood, TX 77339** | | | | | | $143,281.09 |
| **Centura Health PO Box 561538 Denver, CO 80256** | | | | | | $46,201.44 |
| **Ceres AG Product Cereal Byproducts Company 135 South LaSalle, Dept. 6991 Chicago, IL 60674** | | | | | | $49,173.58 |
| **Colorado Department of Revenue 1375 Sherman Street Denver, CO 80261** | | | | | | $357,634.53 |
| **Colorado State Treasurer Unemployment Insurance PO Box 956 Denver, CO 80201** | | | | | | $79,289.37 |

| Debtor | **Colorado Mushroom Farm, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Don Clair 5310 Barker Street Mosca, CO 81146** | | | | | | $130,117.36 |
| **Internal Revenue Service Ogden, UT 84201** | | | | | | $882,795.84 |
| **Maligaya Development Eco-Farm 1310 West 7th Street Shoshoni, WY 82649** | | | | | | $46,052.00 |
| **Mushroom Council 303 Twin Dolphins Dr. Suite 600 Redwood City, CA 94065** | | | | | | $125,718.24 |
| **Paradigm Trans Management Company PO Box 72124 Cleveland, OH 44192** | | | | | | $112,300.00 |
| **Premier Horticulture Inc. PO Box 21962 Pasadena, CA 91185** | | | | | | $80,000.00 |
| **Public Service Co of Colorado Xcel Energy PO Box 9477 Minneapolis, MN 55484** | | | | | | $224,670.03 |
| **Rabo Agri-Finance PO Box 790077 Saint Louis, MO 63179** | | | | | | $935,190.29 |
| **Rasmussen Mechanical 2425 E 4th St. Sioux City, IA 51101** | | | | | | $123,319.01 |
| **Ryder Transportation Services PO Box 96723 Chicago, IL 60693** | | | | | | $99,161.89 |
| **Sylvan America, Inc. PO Box 643643 Pittsburgh, PA 15264** | | | | | | $236,307.40 |

Debtor   **Colorado Mushroom Farm, LLC**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Total Quality Logistics PO Box 634558 Cincinnati, OH 45263** | | | | | | **$86,650.00** |